**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

GLORY WEALTH SHIPPING PTE LTD., a foreign corporation

Plaintiff,

v.

PENINSULA ENTERPRISE S.P.A., a foreign corporation

Defendant.

Civil Action No. ____________

**AFFIDAVIT IN SUPPORT OF ATTACHMENT**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

James H. Power, being duly sworn, deposes and says:

1. I am senior counsel at the firm of Holland & Knight LLP, attorneys for plaintiff Glory Wealth Shipping Pte Ltd. ("Plaintiff" or "Glory"), am duly admitted to practice before the United States District Court for the Southern District of New York, and am seeking *pro hac vice* admission to the United States District Court for the District of Delaware.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendant Peninsula Enterprise S.p.A. ("Defendant") is not listed in the telephone directory of the principal metropolitan areas in this district, nor is it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office examined the online database of the Delaware Department of State on November 13, 2009, and the Defendant was neither listed as a Delaware business entity, nor as a foreign business entity authorized to do business in Delaware.

5. Our office consulted additional sources including *inter alia* the Westlaw Company Index, Hoover's Company Index, Equasis, and Infospectrum, and was unable to find the Defendant within this district or within the State of Delaware.

6. To the best of my knowledge, Defendant cannot be found within this district or within the State of Delaware.

7. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant is liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined to a total of $535,362.71, including estimated interest.

8. Defendant has debts, assets, effects and monies, funds, credits, accounts, or tangible or intangible property which belong to it within the district located in a "maritime holdover" account of HSBC Bank USA, N.A. ("HSBC") located in New Castle, Delaware. Specifically, we have been informed that it is customary at HSBC when funds are restrained in connection with a Rule B Maritime Attachment and Garnishment action, like Glory's New York action as defined in the Complaint filed with the Court today, the attached funds are placed in a non-interest bearing account, a "maritime holdover" account, physically located in New Castle, Delaware.

9. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $535,362.71 for Defendant's funds being held in a "maritime holdover" account at HSBC.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

James H. Power

Sworn to before me this
20 day of November, 2009

Notary Public

ROSE MARIE LOGGIA
Notary Public, State of New York
No. 01LO4603173
Qualified in Kings County
Commission Expires August 31, 2010