IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORY WEALTH SHIPPING PTE LTD., a foreign corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-891 |
| PENINSULA ENTERPRISE S.P.A., a foreign corporation | ) ) ) | |
| Defendant. | ) | |

**ORDER DIRECTING CLERK TO ISSUE PROCESS
OR MARITIME ATTACHMENT AND GARNISHMENT
AND APPOINTING PROCESS SERVER**

On November 23, 2009, Plaintiff, Glory Wealth Shipping Pte Ltd. ("Glory" or "Plaintiff"), filed a Verified Complaint in the captioned action seeking damages of US$535,362.71 inclusive of interest, and seeking the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

The Court has reviewed the Verified Complaint and the Supporting Affidavit of James H. Power dated November 20, 2009 and finds that the conditions of Supplemental Admiralty Rule B appear to exist.

The Affidavit of James H. Power has demonstrated that the Defendant's property is located in this district, namely Defendant's assets being held in the maritime holdover account at HSBC Bank USA, N.A. in New Castle, Delaware.

**ACCORDINGLY, IT IS HEREBY ORDERED** that: Process of Maritime Attachment and Garnishment shall issue against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of the Defendant by HSBC Bank USA, N.A. in a bank account, more specifically defined as a maritime holdover account, upon whom a copy of the Process of Maritime Attachment and Garnishment may be served, at the time of service, in an amount of up to US$535,362.71, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and, it is further,

**ORDERED**, that any person claiming an interest in any property attached or garnished pursuant to this Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated; and it is further,

**ORDERED**, that any person at least 18 years of age and not a party to this action, employed with or appointed by Fox Rothschild LLP, be and hereby is appointed to serve this Order and Process of Maritime Attachment and Garnishment on any garnishee identified in Schedule A to this Order and on such additional garnishees as permitted herein; and it is further,

**ORDERED**, that supplemental process specifying other or additional garnishees and enforcing the Court's Order may not be issued by the Clerk without further Order of the Court; and it is further,

**ORDERED**, that a copy of this Order be attached to and served with initial service of the Process of Maritime Attachment and Garnishment upon each garnishee; and it is further,

**ORDERED**, that upon determining that it is in possession of any property which may be subject to this Order, HSBC Bank USA, N.A. shall, as soon thereafter as is practicable, advise the Plaintiff of such details about the attachment as are reasonably available to it.

Dated: Wilmington, Delaware
November 23, 2009

**SO ORDERED.**

_____
United States District Judge